**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

|  |  |
|---|---|
| A.T. and O.T. individually and on behalf of A.T., | : |
| Plaintiffs, | : Civil Action No. 3:24-cv-00822-ZNQ-JTQ |
| vs. | : |
| FREEHOLD REGIONAL HIGH SCHOOL DISTRICT BOARD OF EDUCATION, | : |
| Defendant. | : |

**AMENDED SCHEDULING ORDER**

This Court, after holding a Case Management Conference on November 17, 2025, by stipulation of parties, and for good cause shown, enters the following Amended Scheduling Order:

1. Factual discovery to be completed by February 20, 2026.

2. Plaintiffs' expert reports are due on March 31, 2026.

3. Defendant's expert reports are due on April 27, 2026.

4. Expert depositions to be completed by May 29, 2026.

5. Dispositive motions to be filed by July 24, 2026.

6. Oppositions to dispositive motions to be filed by August 3, 2026.

7. Reply briefs in further support to be filed by August 10, 2026.

8. A pretrial conference may take place at the Court's discretion.

9. Trial Date: To be scheduled at the Court's discretion.

10. A settlement conference shall be convened at the conclusion of fact discovery, at the Court's discretion.

Stipulated:

/s/Bradley R. Flynn
Attorney(s) for Plaintiff(s)
Dated: November 24, 2025

/s/ Anne R. Myers
Attorney(s) for Defendant(s)
Dated: November 24, 2025

**Magistrate Judge Quinn will conduct a telephone status conference on 3/9/2026 at 11:00am. Counsel for plaintiff is to set up and initiate call to chambers (609-989-2144).

It is SO ORDERED this 26th day of November, 2025.

JUSTIN T. QUINN, USMJ