**IN THE UNITED STATES DISTRICT COURT,**
**DISTRICT OF NEW JERSEY**

A.T. and O.T., individually and :

on behalf of A.T., :

*Plaintiffs,* :

    v. :

                 :     Case No.  3:24-cv-00822

                 :

                 :

FREEHOLD REGIONAL HIGH :

SCHOOL DISTRICT BOARD OF :

EDUCATION, :

*Defendant.* :

**AMENDED SCHEDULING ORDER**

1.  Factual discovery to be completed by April 20, 2026.

2.  Plaintiff's expert report due on May 29, 2026.

3.  Defendant's expert report due on July 1, 2026.

4.  Expert depositions to be completed by August 31, 2026.

5.  Dispositive motions to be served with 60 days of completion of expert Discovery.

6.  A pretrial conference may take place at the Court's Discretion.

7.  Trial Date: To be scheduled at the Court's discretion.

**Magistrate Judge Quinn will conduct a telephone status conference on 3/23/2026 at 11:00am.
Counsel for plaintiff is to set up and initiate the call to chambers (609-989-2144).

It is SO ORDERED this 11th day of February, 2026.

s/JUSTIN T. QUINN, USMJ

/s/Bradley R. Flynn
Attorney(s) for Plaintiff(s)

** terminate #72

/s/ Anne R. Myers.
Attorney(s) for Defendant(s)

Dated: February 9, 2026