**EducationLawyers**
.com

April 8, 2026

***Via ECF and U.S. Mail***
Hon. Justin T. Quinn, USMJ
United States District Court - Trenton
Clarkson S. Fisher Fed. Bldg.
402 East State Street
Courtroom 4W
Trenton, NJ 08608

Re:    **A.T. and O.T. o/b/o A.T.//Freehold High School District**
       **3:24-cv-00822**

Dear Judge Quinn:

During our status call, we discussed the possibility of extending fact discovery by forty-five days, should the parties not be able to consummate a settlement. I wanted to confirm that if we do not reach an agreement before April 20, then fact discovery would be extended by forty-five days to June 4, 2026. As such, the remaining deadlines would be adjusted by forty-five days, accordingly. Thus, in the event that a settlement is not reached, we would need to extend discovery until June 4.

In further support of the request to extend discovery is the fact that, as noted during the call and in our July 24, 2025 letter to the Court, Plaintiffs contend that there are still documents, which Defendant has yet to produce.

---

**Montgomery Law**

| Pennsylvania | New Jersey* | Florida | Maine |
|---|---|---|---|
| 1420 Locust Street, Suite 420 | Historic Smithville, Suite 1 | 631 US 1, Suite 202 | 64 Paris Street |
| Philadelphia, PA 19102 | 1 N. New York Road | North Palm Beach, FL 33408 | Norway, ME 04268 |
| 215-650-7563 | Galloway NJ, 08205 | 561-408-1100 | 207-595-6498 |
| | 856-282-5550 | | |

*all NJ mail to PA office

Thank you for Your Honor's attention to this matter.


<u>/s/Bradley R. Flynn, Esq.</u>
Bradley R. Flynn, Esq[1].
For the Montgomery Law Group
Attorneys for the Plaintiffs


Cc.    Anne R. Myers, Esq.
       For the Comegno Law Group, P.C.
       Attorney for the Defendant

---

[1] Admitted to practice law in Pennsylvania, New Jersey, and Maine, but not in Florida.