
# COMEGNO
## LAW GROUP

Main 856.234.4114
Fax 856.234.4262

comegnolaw.com

521 Pleasant Valley Avenue
Moorestown, NJ 08057

ANNE R. MYERS, ESQUIRE
MEMBER PA, TX AND NJ BARS

May 26, 2026

**VIA ECF**

Hon. Justin T. Quinn, USMJ
United States District Court - Trenton
Clarkson S. Fisher Fed. Bldg.
402 East State Street
Courtroom 4W
Trenton, NJ 08608

Re:    **A.T. and O.T. o/b/o A.T. v. Freehold High Regional School District**
       **Civil Action No. 3:24-cv-00822**

Dear Judge Quinn:

Please accept this letter as Defendant Freehold Regional High School District's response to Plaintiff Parents' May 23, 2026 letter requesting a 30 day extension in order to "reconstruct the case."[1]

Defendant School District takes no position on Plaintiff Parents' request for a 30 day extension. However, Defendant District does take issue with Plaintiff Parents' misapprehension of and failure to abide by this Court's April 27, 2026 Text Order. ECF 82. Plaintiff Parents were given until June 1, 2026 to secure counsel for former student A.T. and provide a letter to the Court that they had done so. Id.

Rather than follow this Court's April 27, 2026 Order, Plaintiff Parents have instead secured "consulting counsel" to assist in their own *pro se* efforts. See ECF 42 at PageID 3318, May 23, 2026 Letter from John D. Rue, Esq. ("The undersigned has been engaged by Plaintiffs as consulting counsel to assist them during the present transition period following the departure of prior counsel . . . . The undersigned has not entered an appearance and Plaintiffs remain self-represented at this time.")

---

1 Defendant District notes that the 987 line index of documents that Defendant District produced in the course of discovery, and shared with Plaintiff Mother on May 5, 2026, as well as the pleadings filed at ECF 47, 48, 50, 51, and 54 should provide Plaintiffs Parents' "consulting counsel" ample insight into the status of discovery in this matter.

THOROUGH. RESPONSIVE. COMMITTED.

Hon. Justin T. Quinn, USMJ
May 26, 2026
Page **2** of **2**

It is Defendant School District's view that this matter cannot move forward until *pro se* Plaintiff Parents secure legal representation for former student A.T.  This is especially true in light of the fact that there has been no compliance with this Court's March 20, 2026 Order compelling HIPPA releases and former student's A.T.'s medical records. ECF 75.

Respectfully submitted,

Anne R. Myers

ARM/kgk

c:      Plaintiff Parents lxxxfxxx@gmail.com (via email)